IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Michael Hubbard, | ) | C/A No. 0:15-4979-HMH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| Spartanburg County Detention Center and/or | ) | |
| Medical; Nurse White; Dr. McDonald; Major | ) | |
| Neal Urch, *Director of Facility*; Lt. Jones; | ) | |
| Captain Freeman, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff, while a pretrial detainee at the Spartanburg County Detention Center, proceeding *pro se,* filed a complaint concerning prison conditions pursuant to 42 U.S.C. § 1983. (ECF No. 1.) By order dated January 7, 2016, Plaintiff was given an opportunity to provide the necessary information and paperwork to bring the case into proper form for evaluation and possible service of process. (ECF No. 9.) Plaintiff attempted to comply with the order but failed to provide all of the documents necessary to bring the case into proper form. (ECF No. 13.) By order dated February 16, 2016, the court provided Plaintiff with a second opportunity to bring the case into proper form. (ECF No. 17.) However, Plaintiff did not receive the February 16 order, and it was returned to the court as undeliverable mail. (ECF No. 19.) The enveloped was marked "not here" and "address not known." (Id.) Plaintiff has not provided the court with a new address at which he receives mail, even though both orders issued by the court in this case instructed Plaintiff to inform the court if his address changed for any reason. Moreover, the record indicates no attempt by Plaintiff to contact the court since filing the complaint. The case is **dismissed,** ***without prejudice***, pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

**IT IS SO ORDERED**.

s/Henry M. Herlong, Jr.
Senior United States District Judge

April 14, 2016
Greenville, South Carolina

## NOTICE OF RIGHT TO APPEAL

The parties are hereby notified of the right to appeal this order within the time period set forth

under Rules 3 and 4 of the Federal Rules of Appellate Procedure.